No. 12–739.  JOHN CRANE, INC. *v.* HARDICK, EXECUTOR OF THE ESTATE OF HARDICK, DECEASED, ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 12–741.  WILES ET AL. *v.* FORD MOTOR CO.  Ct. App. Tex., 5th Dist.  Certiorari denied.

No. 12–743.  CORONA *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 12–745.  K. C., FATHER *v.* IOWA ET AL.  Ct. App. Iowa.  Certiorari denied.

No. 12–748.  B. J. G., INDIVIDUALLY AND AS HEIR OF THE ESTATE OF GRAVES, DECEASED, ET AL. *v.* COURT OF CIVIL APPEALS OF OKLAHOMA, DIVISION IV.  C. A. 10th Cir.  Certiorari denied.

No. 12–750.  HESS *v.* ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION.  Sup. Ct. Ill.  Certiorari denied.

No. 12–752.  HYMAN *v.* CORNELL UNIVERSITY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 12–754.  DINH TRAN *v.* COTY INC.  C. A. 4th Cir.  Certiorari denied.

No. 12–764.  HOLLIDAY *v.* COMMONWEALTH BRANDS, INC.  C. A. 5th Cir.  Certiorari denied.

No. 12–767.  PROGRESSIVE FOODS, LLC, ET AL. *v.* DUNKIN' DONUTS, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 12–768.  PENNINGTON ET AL. *v.* HSBC BANK USA, N. A., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 12–776.  LYONS *v.* CRESTVIEW CONDOMINIUM TRUST.  C. A. 1st Cir.  Certiorari denied.

No. 12–778.  LAVERGNE *v.* BLANK, ACTING SECRETARY OF COMMERCE, ET AL.  C. A. 3d Cir.  Certiorari denied.